IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  | ) |  |
|---|---|---|
| ABDU AL QADER HUSSAIN AL-MUDAFARI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2185 (RCL) |
| | ) | |
| BARACK OBAMA, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

FILED

NOV 15 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

[PROPOSED] ORDER

Upon consideration of Respondents' Unopposed Motion for Extension of Time,

Respondents' request for a thirty-day extension of time, to file their opposition / response

to Petitioner's Motion for Voluntary Dismissal without Prejudice and for Continued

Access Pursuant to the Protective Order (see Dkt. No. 268) on or before December 14,

2011, is hereby GRANTED.


SO ORDERED.



Date: 11/14/11

ROYCE C. LAMBERTH
CHIEF JUDGE

1